

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00347-CV

**ROMA INDEPENDENT SCHOOL DISTRICT**, Arturo S. Perez, Roque Rosales, Raymond P. Mussett, Nicolas Garza Jr., and John Clyde Guerra in their Official Capacities, Appellants

v.

Noelia M. **GUILLEN**, Raul Moreno, Dagoberto Salinas, and Tony Saenz, Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-13-64
Honorable David Wellington Chew, Judge Presiding

PER CURIAM

Sitting: Catherine Stone, Chief Justice
    Sandee Bryan Marion, Justice
    Patricia O. Alvarez, Justice

Delivered and Filed:  October 9, 2013

DISMISSED

Appellants filed a motion to dismiss this appeal.  In their motion, Appellants certified that Appellees are not opposed to this motion.

We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of this appeal are taxed against the party that incurred them.  *See id.* R. 43.4.

PER CURIAM